J. Kevin Bird (3992)
BIRD & FUGAL
Attorneys for Trustee
Lincoln Square
384 East 720 South, #201
Orem, UT 84058
(801) 426-4700

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

\* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| IN RE | ) | |
| | ) | Case No. 09-22640 WTT |
| HEATHER RAY | ) | Chapter 7 |
| | ) | |
| | ) | NOTICE OF PAYMENT OF |
| Debtor (s) | ) | FUNDS INTO THE REGISTRY |
| | ) | |
| | ) | |

\* \* \* \* \* \* \* \*

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1. On August 24, 2010, J. Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2. The Trustee's proposed distribution contained two (2) claims which were under $5.00.

3. The funds are on deposit with Bank of America, Account No. 4437570497.



4. The Trustee hereby notifies the Court of the payment of the following claim to

the registry:

|  |  |
|---|---|
| Claim No.: | 1 |
| Claimant: | Roundup Funding, LLC |
|  | MS 550 |
|  | PO Box 91121 |
|  | Seattle, WA 98111-9221 |
| Claim Amount: | $224.24 |
| Distribution: | $4.62 |

|  |  |
|---|---|
| Claim No.: | 5 |
| Claimant: | Chase Bank USA, NA |
|  | PO Box 15145 |
|  | Wilmington, DE 19850-5145 |
| Claim Amount: | $209.00 |
| Distribution: | $4.30 |

5. Checks in the amounts of $4.62 and $4.30 representing the foregoing claims

have been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and

are enclosed herein.

DATED: Aug 26, 2010

J. Kevin Bird, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I am a member or employee of the law firm of BIRD &

FUGAL and in that capacity I served, or caused to be served, a true and correct copy of

the Notice of Payment of Funds into the Registry on the following, by depositing the

same in the U.S. Mail, postage prepaid, on the _30th_ day of _August_ , 2010:


ROUNDUP FUNDING, LLC
MS 550
PO BOX 91121
SEATTLE, WA 98111-9221

CHASE BANK USA, NA
PO BOX 15145
WILMINGTON, DE 19850-5145

_Melanie Valderrama_